MARIE M. MOFFAT, State Bar No. 62167
LAWRENCE C. YEE, State Bar No. 84208
MARK TORRES-GIL, State Bar No. 91597
OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
180 Howard Street
San Francisco, CA 94105
Telephone: (415) 538-2339
Facsimile: (415) 538-2321

Counsel for The State Bar of California
Hon. Patrice McElroy, Tammy Albertsen-Murray, Alice Verstegen

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PADAM KUMAR KHANNA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE STATE BAR OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No.  C07-02587-EMC<br><br>THE STATE BAR DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT<br><br>DATE:　　August 1, 2007<br>TIME:　　10:30 a.m.<br>PLACE:　Courtroom C<br>　　　　　Hon. Edward M. Chen |

The State Bar of California, Hon. Patrice McElroy, Tammy Albertsen-Murray, and Alice Verstegen (collectively, the "State Bar Defendants") hereby respectfully request, pursuant to section 201 of the Federal Rules of Evidence, that the Court take judicial notice of the following:

1. Decision, filed October 31, 2004, *In the Matter of Padam Kumar Khanna*, State Bar Court Hearing Department, Case No. 02-O-11383 - PEM, attached hereto as **Exhibit A**.

2. Review Department Request for Review, dated November 18, 2004, In the Matter of Padam Kumar Khanna, State Bar Court Review Department, Case No. 02-O-11383, attached hereto as **Exhibit B**.

1

State Bar Defendants' Request for Judicial Notice

3. Order, filed June 2, 2005, *In the Matter of Padam K. Khanna*, State Bar Court Review Department, Case No. 02-O-11383, attached as **Exhibit C.**

4. Order, filed November 14, 2005, *In the Matter of Padam Kumar Khanna*, State Bar Court Review Department, Case No. 02-O-11383, attached hereto as **Exhibit D.**

5. Order, filed September 16, 2005, *In the Matter of Padam Kumar Khanna*, State Bar Court Review Department, Case No. 02-O-11383, attached hereto as **Exhibit E.**

6. Order, filed November 29, 2005, *In the Matter of Padam Kumar Khanna*, State Bar Court Review Department, Case No. 02-O-11383, attached hereto as **Exhibit F.**

7. Notice of Withdrawal of Request for Review, dated December 29, 2005, State Bar Court Review Department, Case No. 02-O-11383, attached hereto as **Exhibit G.**

8. Petition for Writ of Review and Petitioner's Supporting Brief and Emergency Request for Stay of Hearing Department State Bar Court Order of Involuntary Inactive Enrollment Date: October 21, 2004, filed April 10, 2006, *Khanna v. State Bar of California*, in the Supreme Court of California, Supreme Court Case No. S141019/State Bar Court Case No. 02-O-11383, attached hereto as **Exhibit H**.

9. Supreme Court Order, filed June 21, 2006, *In re Padam Kumar Khanna, on Discipline*, In the Supreme Court of California, Supreme Court Case No. S141019/State Bar Court Case No. 02-O-11383, attached hereto as **Exhibit I.**

DATED: June 19, 2007                    Respectfully submitted,

MARIE M. MOFFAT
LAWRENCE C. YEE
MARK TORRES-GIL


By:      s/Mark Torres-Gil
             Mark Torres-Gil

Counsel for The State Bar of California
Hon. Patrice McElroy, Tammy Albertsen-Murray, Alice Verstegen

1 | PROOF OF SERVICE BY MAIL

2 I, Joan Sundt, hereby declare: that I am over the age of eighteen years and am not a party to
3 the within above-entitled action, that I am employed in the City and County of San Francisco, that
4 my business address is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

5 On June 19, 2007, following ordinary business practice, I placed for collection for mailing at
6 the offices of the State Bar of California, 180 Howard Street, San Francisco, California 94105, one
7 copy of STATE BAR DEFENDANTS' REQUEST FOR JUDICIAL NOTICE fully prepaid in an
8 envelope addressed as follows:

9  Padam Kumar Khanna
   2600 Tenth Street
10 Berkeley, CA 94710

11 I am readily familiar with the State Bar of California's practice for collection and processing
12 correspondence for mailing with the U.S. Postal Service and, in the ordinary course of business, the
13 correspondence would be deposited with the U.S. postal mail service on the day on which it is
14 collected at the business.

15 On this same day I also served the above document via electronic mail as follows:
16 pkhanna@pacbell.net

17 I declare under penalty of perjury under the laws of the State of California that the foregoing
18 is true and correct.

19 Executed at San Francisco, California this 19th day of June, 2007.

21                                          s/Joan Sundt

3

State Bar Defendants' Request for Judicial Notice