United States District Court<br>For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PADAM KUMAR KHANNA

       Plaintiff,

  v.

STATE BAR OF CALIFORNIA, et al.,

       Defendants.
_____/

Case No. C07-2587 EMC

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED THAT the hearing on **Defendants' Motion to Dismiss** is reset from August 1, 2007 at 10:30 a.m. to **August 22, 2007 at 10:30 a.m.** before Magistrate Judge Edward M. Chen, in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: July 23, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
     Betty Fong
     Courtroom Deputy

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PADAM KUMAR KHANNA,

      Plaintiff,

  v.

THE STATE BAR OF CALIFORNIA et al,

      Defendant.

Case Number: CV07-02587 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Padam Kumar Khanna
Khanna & Narain
2600 10th Street
Berkeley, CA 94710-2522

Dated: July 23, 2007

Richard W. Wieking, Clerk
By: Betty Fong, Deputy Clerk

2