**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** July 23, 2007     **Time:** 3:15-3:25 p.m.

**Case No:** C07-2587 EMC     **Tape No.:** 07-8-LD

**Case Name:** Khanna v. State Bar of California, et al.

    **Attorneys:**    Padam Khanna, plaintiff pro se  510-549-2786
                          Mark Torres-Gil for Defendants 538-2012

    **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

    Telephonic Status Conference - Held

**ORDERED AFTER HEARING:**

Defendant's motion to dismiss is reset from 8/1/07 at 10:30 a.m. to 8/22/07 at 10:30 a.m.  Judge will issue order re defendants Randhawa.

**Order to be prepared by:**   [ ] Plntf   [ ] Deft   [x] Court

**Case continued to:**

cc: EMC

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PADAM KUMAR KHANNA,

        Plaintiff,

v.

THE STATE BAR OF CALIFORNIA et al,

        Defendant.
                                     /

Case Number: CV07-02587 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Padam Kumar Khanna
Khanna & Narain
2600 10th Street
Berkeley, CA 94710-2522

Dated: July 23, 2007

Richard W. Wieking, Clerk
By: Betty Fong, Deputy Clerk