# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Padam Kumar Khanna,
              Plaintiff(s),

CASE NO. C 07-2587 EMC

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

The State Bar of California, et al.
              Defendant(s).

Counsel report that they have met and conferred regarding ADR and that they:

[x] have not yet reached an agreement to an ADR process
[ ] request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  8/22/07

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| 1) Mark Torres-Gil | State Bar Defendants | (415) 538-2012 | mark.torresgil@calbar.ca.gov |
| 2) Padam Khanna, pro se | | (510) 549-2786 | pkhanna@pacbell.net |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: August 1, 2007

                                      Attorney for Plaintiff

Dated: August 1, 2007

                                      Attorney for Defendant

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

Rev. 12/05

PROOF OF SERVICE BY MAIL

I, Joan Sundt, hereby declare: that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the City and County of San Francisco, that my business address is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

On August 1, 2007, following ordinary business practice, I placed for collection for mailing at the offices of the State Bar of California, 180 Howard Street, San Francisco, California 94105, one copy of NOTICE FOR NEED FOR ADR PHONE CONFERENCE fully prepaid in an envelope addressed as follows:

> Padam Kumar Khanna
> 2600 Tenth Street
> Berkeley, CA 94710

I am readily familiar with the State Bar of California's practice for collection and processing correspondence for mailing with the U.S. Postal Service and, in the ordinary course of business, the correspondence would be deposited with the U.S. postal mail service on the day on which it is collected at the business.

On this same day I also served the above document via electronic mail as follows:

pkhanna@pacbell.net

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 1st day of August, 2007.

s/Joan Sundt