UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Padam Kumar Khanna,
  Plaintiff(s),

CASE NO. C 07-2587 EMC

ADR CERTIFICATION BY PARTIES AND COUNSEL

v.

Hon. Patrice McElroy,
  Defendant(s).

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: August 1, 2007

[Party] Hon. Patrice McElroy

Dated: August 1, 2007

[Counsel] Mark Torres-Gil

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

PROOF OF SERVICE BY MAIL

I, Joan Sundt, hereby declare: that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the City and County of San Francisco, that my business address is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

On August 1, 2007, following ordinary business practice, I placed for collection for mailing at the offices of the State Bar of California, 180 Howard Street, San Francisco, California 94105, one copy of ADR CERTIFICATION BY PARTIES AND COUNSEL (HON. PATRICE McELROY) fully prepaid in an envelope addressed as follows:

Padam Kumar Khanna
2600 Tenth Street
Berkeley, CA 94710

I am readily familiar with the State Bar of California's practice for collection and processing correspondence for mailing with the U.S. Postal Service and, in the ordinary course of business, the correspondence would be deposited with the U.S. postal mail service on the day on which it is collected at the business.

On this same day I also served the above document via electronic mail as follows:

pkhanna@pacbell.net

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 1st day of August, 2007.

s/Joan Sundt