```
 1  MARIE M. MOFFAT, State Bar No. 62167
    LAWRENCE C. YEE, State Bar No. 84208
 2  MARK TORRES-GIL, State Bar No. 91597
    OFFICE OF GENERAL COUNSEL
 3  THE STATE BAR OF CALIFORNIA
    180 Howard Street
 4  San Francisco, CA 94105
    Telephone: (415) 538-2339
 5  Facsimile: (415) 538-2321

 6  Counsel for The State Bar of California,
    Hon. Patrice McElroy, Tammy Albertsen-Murray, Alice Verstegen
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PADAM KUMAR KHANNA ) | Case No. C07-02587-EMC |
| ) | |
| Plaintiff, ) | **CERTIFICATION OF INTERESTED** |
| ) | **ENTITIES OR PARTIES** |
| v. ) | |
| ) | |
| THE STATE BAR OF CALIFORNIA, et ) | |
| al. ) | Courtroom C |
| ) | Hon. Edward M. Chen |
| Defendants. ) | |
| ) | |

On behalf of the State Bar Defendants named in their individual capacities, pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: August 1, 2007          Respectfully submitted,

                               MARIE M. MOFFAT
                               LAWRENCE C. YEE
                               MARK TORRES-GIL

                                   s/Mark Torres-Gil
                               ─────────────────────────
                               Mark Torres-Gil, Assistant General Counsel

                               Counsel for The State Bar of California, Hon. Patrice
                               McElroy, Tammy Albertsen-Murray, Alice Verstegen

PROOF OF SERVICE BY MAIL AND EMAIL

I, Joan Sundt, hereby declare: that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the City and County of San Francisco, that

my business address is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

On August 1, 2007, following ordinary business practice, I placed for collection for mailing at the offices of the State Bar of California, 180 Howard Street, San Francisco, California 94105, one copy of CERTIFICATION OF INTERESTED ENTITIES OR PARTIES fully prepaid in an envelope addressed as follows:

> Padam Kumar Khanna
> 2600 Tenth Street
> Berkeley, CA 94710

I am readily familiar with the State Bar of California's practice for collection and processing correspondence for mailing with the U.S. Postal Service and, in the ordinary course of business, the correspondence would be deposited with the U.S. postal mail service on the day on which it is collected at the business.

On this same day I also served the above document via electronic mail as follows:

pkhanna@pacbell.net

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 1st day of August 2007.

                                                     s/Joan Sundt