PADAM KUMAR KHANNA
2600 Tenth Street
Berkeley, CA. 94710

Tel: 1-510-549-2786
Fax: 1-510-549-2832

EMail: pkhanna@pacbell.net
*Pro Se*

FILED
07 JUL 19 AM 11: 05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 01 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRCIT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PADAM KUMAR KHANNA, | Case No: C07-02587-EMC |
| Plaintiff, | REQUEST FOR PERMISSION TO E-FILE |
| vs. | DOCUMENTS ; ORDER |
| THE STATE BAR OF CALIFORNIA; PAT McELROY, Judge of The State Bar Court of California; TAMMY ALBERTSEN-MURRAY, Deputy Trial Counsel, Office of the Chief Trial Counsel, the State Bar of California; ALICE VERSTEGEN, Investigator of the State Bar of California; JAGJIT SINGH RANDHAWA and BALJIT RANDHAWA, | |
| Defendants. | |

Plaintiff herein requests this Court to please allow him to do E-filing all the documents to this Court.

July 19, 2007

PADAM KUMAR KHANNA
*Pro Se*

IT IS SO ORDERED

EDWARD M. CHEN, MAGISTRATE JUDGE
8/1/07
Date

REQUEST FOR PERMISSION TO E-FILE - 1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PADAM KUMAR KHANNA,

    Plaintiff,

v.

THE STATE BAR OF CALIFORNIA et al,

    Defendant.

Case Number: CV07-02587 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark A Torres-Gil
The State Bar of California
Office of General Counsel
180 Howard Street
San Francisco, CA 94105

Padam Kumar Khanna
Khanna & Narain
2600 10th Street
Berkeley, CA 94710-2522

Dated: August 1, 2007

Richard W. Wieking, Clerk
By: Betty Fong, Deputy Clerk