**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** August 22, 2007
**Case No:** C07-2587 EMC

**FTR Time:** 11:58-12:34 p.m.
**Court Reporter:** Kathy Wyatt

**Case Name:** Khanna v. State Bar, et al.

    **Attorneys:**  Padam Khanna,  Plaintiff Pro Se
                   Mark Torres-Gil for Defendant State Bar

    **Deputy Clerk:** Betty Fong

| PROCEEDINGS: | ORDERED AFTER HEARING: |
|---|---|
| - (1) DEFENDANTS' MOTION TO DISMISS | (1) Court took Defendants' Motion under submission and will issue order. |
| - (2) CASE MANAGEMENT CONFERENCE | (2) Court will set case management conference when necessary. |

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:**
cc: EMC