**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PADAM KUMAR KHANNA | Case No. C07-2587 EMC |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| STATE BAR OF CALIFORNIA, et al., | |
| Defendants. | |
| _____/ | |

**( )** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)** **Decision by Court.** This action came to trial or hearing before the Court. The issued have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** pursuant to the ORDER GRANTING DEFENDANTS' MOTION TO DISMISS dated September 10, 2007, Judgment is hereby entered against Plaintiff. The Clerk of the Court shall close this matter.

Dated: September 11, 2007                    Richard W. Wieking, Clerk

                                             By: Betty Fong Deputy Clerk