United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PADAM KUMAR KHANNA,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STATE BAR OF CALIFORNIA, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-07-2587 EMC<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT OR, ALTERNATIVELY, REQUIRING PLAINTIFF TO SHOW CAUSE**<br><br>RELATED TO |
| PADAM KUMAR KHANNA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAGJIT SINGH RANDHAWA, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-07-5136 EMC |

    Previously, this Court issued an order in Case No. C-07-2587 EMC severing Plaintiff Padam Kumar Khanna's claims against Defendants Jagit and Baljit Randhawa from the claims against the remaining Defendants. Mr. Khanna's claims against the Randhawas have now been assigned a new case number (as referenced above), and the Court has related the instant case to Case No. C-07-2587 EMC.

    No activity has occurred with respect to Mr. Khanna's claims against the Randhawas since the Clerk of the Court entered default against them on July 24, 2007. *See* Case No. C-07-2587

United States District Court
For the Northern District of California

1  EMC, Docket No. 23. In order to move this case forward, the Court hereby orders Mr. Khanna to
2  file by November 1, 2007 a motion for default judgment against the Randhawas or, alternatively,
3  show cause why the claims against the Randhawas should not be dismissed for failure to prosecute.
4      Mr. Khanna is directed to serve a copy of this order on Jagjit Randhawa and Baljit Randhawa
5  forthwith, with a Certificate of Service to be filed with the Court.

7      IT IS SO ORDERED.

9  Dated: October 11, 2007

                                              _____
                                              EDWARD M. CHEN
                                              United States Magistrate Judge

United States District Court
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                   NORTHERN DISTRICT OF CALIFORNIA
7
8  PADAM KUMAR KHANNA,                    No. C-07-2587 EMC
9         Plaintiff,
10        v.
                                          **CERTIFICATE OF SERVICE**
11 THE STATE BAR OF CALIFORNIA, *et al.*,
12        Defendants.
13 _____/   RELATED TO
14 PADAM KUMAR KHANNA,                    No. C-07-5136 EMC
15        Plaintiff,
16        v.
17 JAGJIT SINGH RANDHAWA, *et al.*,
18        Defendants.
19
20 _____/
21
22        I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern
23 District of California. On the below date, I served a true and correct copy of the attached, by placing
24 said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing
25 said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery
26 receptacle located in the Office of the Clerk.
27
28

Padam Kumar Khanna
Khanna & Narain
2600 10th Street
Berkeley, CA 94710-2522

Dated: October 11, 2007        RICHARD W. WIEKING, CLERK


By: _____/s/_____
    Leni Doyle
    Deputy Clerk