United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PADAM KUMAR KHANNA, | No. C-07-2587 EMC |
| Plaintiff, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT OR, ALTERNATIVELY, REQUIRING PLAINTIFF TO SHOW CAUSE** |
| THE STATE BAR OF CALIFORNIA, *et al.*, | |
| Defendants. | |
| _____/ | RELATED TO |
| PADAM KUMAR KHANNA, | No. C-07-5136 EMC |
| Plaintiff, | |
| v. | |
| JAGJIT SINGH RANDHAWA, *et al.*, | |
| Defendants. | |
| _____/ | |

Previously, this Court issued an order in Case No. C-07-2587 EMC severing Plaintiff Padam Kumar Khanna's claims against Defendants Jagit and Baljit Randhawa from the claims against the remaining Defendants. Mr. Khanna's claims against the Randhawas have now been assigned a new case number (as referenced above), and the Court has related the instant case to Case No. C-07-2587 EMC.

No activity has occurred with respect to Mr. Khanna's claims against the Randhawas since the Clerk of the Court entered default against them on July 24, 2007. *See* Case No. C-07-2587

EMC, Docket No. 23.  In order to move this case forward, the Court hereby orders Mr. Khanna to file by November 1, 2007 a motion for default judgment against the Randhawas or, alternatively, show cause why the claims against the Randhawas should not be dismissed for failure to prosecute.

    Mr. Khanna is directed to serve a copy of this order on Jagjit Randhawa and Baljit Randhawa forthwith, with a Certificate of Service to be filed with the Court.

    IT IS SO ORDERED.

Dated: October 11, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge

2

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PADAM KUMAR KHANNA, | No. C-07-2587 EMC |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| THE STATE BAR OF CALIFORNIA, *et al.*, | |
| Defendants. | |
| _____/ | RELATED TO |
| PADAM KUMAR KHANNA, | No. C-07-5136 EMC |
| Plaintiff, | |
| v. | |
| JAGJIT SINGH RANDHAWA, *et al.*, | |
| Defendants. | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

| | |
|---|---|
| 1 | Padam Kumar Khanna |
| | Khanna & Narain |
| 2 | 2600 10th Street |
| | Berkeley, CA 94710-2522 |
| 3 | |

Dated: October 11, 2007                                RICHARD W. WIEKING, CLERK

By:       /s/
      Leni Doyle
      Deputy Clerk

**United States District Court**
For the Northern District of California