1  Padam Kumar Khanna
   2600 Tenth Street
2  Berkeley, CA 94710
   PH: (510) 524-6181
3  FAX: (510) 524-6765
   EMAIL: pkhanna@pacbell.net
4  *Pro Se*

FILED
AUG 22 PM 1:19
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PADAM KUMA KHANNA,

Plaintiff,

v.

BALJIT RANDHAWA, *et al.*,

Defendants,

_____/

///
///
///

CASE NO: C-07-2587 EMC

**CERTIFICATE OF SERVICE**

ORIGINAL

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss     **CASE NO:   C-07-2587 EMC**
COUNTY OF ALAMEDA       )

I, Arthur Arenas, declare under penalty of perjury that the foregoing is true and correct. That I am over the age of 18 and not a party to the within action. I am a process server and my business address is: 414 Pendleton Way, Suite #2, Oakland, CA 94621.

On 08/19/2008, I served the foregoing document described as the following on the parties:

    REPORT AND RECOMMENDATION RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (Docket Nos. 18-19)

in this action by placing a copy thereof enclosed in the sealed envelope addressed as follows:

JAGJIT SINGH RANDHAWA
280 Sparrow Drive
Hercules, CA 94547

BALJIT RANDHAWA
280 Sparrow Drive
Hercules, CA 94547

**[X] (BY CERTIFIED MAILING)** On 08/19/2008 from Oakland, CA, I enclosed a copy in an envelope and deposited the sealed envelope with the United States Postal Service Office by certified mailing, with postage fully pre-paid addressed above.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Executed at Oakland, California on 08/19/2008.

                                                     Arthur Arenas (#633 San Francisco County)



